**Patricia LAMBERT, Plaintiff–Appellant,**

v.

**NEW YORK STATE OFFICE OF MENTAL HEALTH, Defendant–Appellee.**

No. 00–7870.

United States Court of Appeals, Second Circuit.

Nov. 28, 2001.

Dennis Adjei–Brenyah, New York, NY, for appellant.

Eliot Spitzer, Attorney General of the State of New York, New York, NY; Michael S. Belohlavek, Deputy Solicitor General, Marion R. Buchbinder, Assistant Solicitor General, and Carol Fischer, Assistant Solicitor General of Counsel, on the brief, for appellee.

Present THOMAS J. MESKILL, DENNIS JACOBS, Circuit JJ., and GERARD E. LYNCH, District J.*

*SUMMARY ORDER*

UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the judgment of the district court be AFFIRMED.

Patricia Lambert appeals from two orders entered by the United States District Court for the Eastern District of New York: (1) granting summary judgment for the defendant-appellee on all Lambert's claims, 2000 WL 574193 (E.D.N.Y. April 24, 2000); and (2) denying Lambert's motion to amend the complaint, 2000 WL 863461 (E.D.N.Y. June 9, 2000). We affirm for substantially the reasons stated in Judge Gleeson's orders.

The judgment of the district court is hereby AFFIRMED.

* The Honorable Gerard E. Lynch of the United States District Court for the Southern District of New York, sitting by designation.